NDFL Prob 35  
(1/92)

Report and Order Terminating  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Docket No. 1:02CR05-001

JEANETTE McWATERS ODUM

On August 25, 2003, Jeanette McWaters Odum was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that she be discharged from Supervised Release.

Respectfully submitted,

*[signature]*

Edward A. Emery  
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 23rd day of February, 20___.

*[signature]*

Maurice m. Paul  
Senior United States District Judge